RECEIVED BY MAIL
MAR - 4 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Case no: 1:20-cv-00148 HEA

Dear Honorable Judge Autrey

    In regards to my pending compassionate Release motion, I have enclosed the following documents for your review:

    1. Inmate Education Data Transcript

    2. Pattern Risk Score

I am aware that programming and rehabilitation can not be the sole factor for consideration in Compassionate Release. However I have included the enclosed information to supplement all other factors you must consider in this motion. Your time in this review is greatly appreciated

Respectfully Submitted

Sonya Johnson Hyles

March 1, 2021

```
CRWMJ          *         INMATE EDUCATION DATA       *    02-28-2021
PAGE 001       *              TRANSCRIPT             *    14:43:21

REGISTER NO: 26624-044    NAME..: HYLES              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CRW-CARSWELL FMC


------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
CRW  ESL HAS   ENGLISH PROFICIENT           03-20-2007 1450 CURRENT
CRW  GED HAS   COMPLETED GED OR HS DIPLOMA  03-20-2007 1449 CURRENT


--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL    DESCRIPTION                  START DATE STOP DATE EVNT AC LV  HRS
CRW LOW     APPRENTICE MAIN:OFFICE MANAGER 01-08-2020 CURRENT
CRW LOW     XTREME FITNESS HOSPITAL      09-20-2020 CURRENT
CRW LOW     HLTHY MINDS /BODIES          09-01-2020 11-21-2020  P   C  P   24
CRW LOW     ABS/TONING CLASS             01-21-2020 02-20-2020  P   C  P    1
CRW LOW     TUSKEGEE AIRMEN              02-05-2020 02-05-2020  P   C  P    2
CRW LOW     SPINNING CLASS               11-04-2019 12-04-2019  P   C  P    1
CRW LOW     AM I DRINKING ENOUGH WATER.  07-22-2019 07-22-2019  P   C  P    1
CRW LOW     CIRCUIT TRAING HOSPITAL      12-03-2018 01-04-2019  P   C  P    1
CRW LOW     ACE MAIN: WEIRD CREATURES    11-01-2018 12-06-2018  P   C  P    6
CRW LOW     AT RISK PROGRAM              08-10-2018 10-26-2018  P   C  P   12
CRW LOW     OVERALL WELLNESS COURSE      08-06-2018 10-22-2018  P   C  P   12
CRW LOW     XTREME FITNESS HOSPITAL      09-10-2018 10-12-2018  P   C  P    1
CRW LOW     ACE MAIN: MESUREMENTS AND DATA 09-10-2018 10-15-2018 P  C  P    6
TAL F       BUS EDVT ADVANCED COMPUTER APS 02-09-2018 06-14-2018 P  W  I   99
TAL F       RPP#6 TURNING POINT-ATTITUDES 05-07-2018 05-16-2018  P   C  P   16
TAL F       RPP#6 TURNING POINT-CHANGE   05-02-2018 05-07-2018  P   C  P   16
TAL F       RPP#6 TURNING POINT-COPING   04-16-2018 05-02-2018  P   C  P   16
TAL F       BECOMING A WOMAN OF PURPOSE  09-19-2017 12-19-2017  P   C  P   12
TAL F       CULINARY VT M-F 7:30 - 3:30 PM 02-15-2017 07-17-2017 P  C  M  420
TAL F       VALUES REL SVC               09-01-2016 12-16-2016  P   C  P   18
TAL F       LEATHER CLS M,W,TH,F 1800-2030 08-29-2016 11-06-2016 P  C  P   12
TAL F       RPP#6 COPING SKILLS          05-12-2016 10-21-2016  P   C  P   20
TAL F       WOMEN IN 21ST CENTURY WORKPLAC 08-01-2016 08-02-2016 P  W  V    0
TAL F       ADJUSTING TO PRISON          05-05-2016 05-12-2016  P   C  P   15
TAL F       BUS EDVT OFFICE/TYP/ENG/MAT PM 12-03-2015 05-10-2016 P  C  C  300
TAL F       LEATHER CLS M,W,TH,F 1800-2030 02-03-2016 04-06-2016 P  C  P   12
TAL F       BASIC INTRO TO WELLNESS      02-18-2016 03-09-2016  P   C  P   24
TAL F       WELLNESS CLASS AM            10-08-2015 12-14-2015  P   C  P   28
TAL F       CYCLING CLASS - 6 WEEKS      10-08-2015 12-14-2015  P   C  P   18
TAL F       INTRO TO FASHION DESIGN      10-05-2015 11-23-2015  P   C  P   11
TAL F       WOMEN STRENGTHENING RELATIONS 09-28-2015 11-19-2015  P  C  P   12
TAL F       GETTING TO THE CORE 1        09-28-2015 11-19-2015  P   C  P   20
TAL F       ACE EXCEL                    08-24-2015 09-19-2015  P   C  P   20
TAL F       AIDS AWARE RPP#1             05-05-2015 05-05-2015  P   C  P    1
ALI         LIFE MGMT SKILLS II FCI      12-29-2014 03-01-2015  P   C  P   15
ALI         LOOMBEADS                    01-08-2015 02-26-2015  P   C  P   16
ALI         COMPUTER APPLS.-FCI 8:00-9:30 09-29-2014 01-16-2015  P  C  M  120
ALI         CARD MAKING CAMP             12-14-2014 12-18-2014  P   C  P   10
ALI         LIFE MANAGEMENT SKILLS I     01-06-2014 12-13-2014  P   C  P   15
ALI         HANDSEWING                   09-29-2014 11-10-2014  P   C  P   12


G0002       MORE PAGES TO FOLLOW . . .
```

```
CRWMJ            *        INMATE EDUCATION DATA      *      02-28-2021
PAGE 002 OF 002  *            TRANSCRIPT             *      14:43:21

REGISTER NO: 26624-044    NAME...: HYLES              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CRW-CARSWELL FMC

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
ALI       BEGINNERS CROCHET SCP        10-01-2014  11-12-2014   P   C  P   16
ALI       SCRAPBOOKING                 10-01-2014  11-15-2014   P   C  P   12
ALI       CREATIVE WRITING FCI         06-23-2014  07-28-2014   P   C  P   10
ALI       POETRY                       06-25-2014  07-31-2014   P   C  P   10
ALI       PARENTING FROM WITHIN FCI    05-29-2014  08-22-2014   P   C  P   40
HAZ F     MICROSOFT OFFICE 2010        06-24-2013  07-29-2013   P   C  M  108
HAZ F     (W)MANAGE PERSONAL STRESS-CAI 06-05-2013 07-03-2013   P   C  P   10
HAZ F     (A)KEYBOARDING-CAI (30 HRS)  02-05-2013  03-15-2013   P   C  P   30
HAZ F     (V)BUSINESS WRITING-CAI      12-13-2012  02-08-2013   P   C  P   40
HAZ F     (I)CONFLICT INTERVENTION-CAI 12-11-2012  01-11-2013   P   C  P   10
HAZ F     (PG)SFF WIND CHIMES          07-10-2012  10-10-2012   P   C  P   16
HAZ F     ADVANCE MSSUITE 2007 121 HRS 11-04-2011  01-06-2012   P   C  M  121
HAZ F     BASIC ALGEBRA ACE 12 HOURS   10-06-2011  11-10-2011   P   C  P   12
HAZ F     MICROSOFT SUITE 2007 145 HRS 09-01-2011  10-31-2011   P   C  M  145
HAZ F     (PG) WOMEN AND SPIRITUALITY 2 05-25-2011 08-10-2011   P   C  P   15
HAZ F     PLASTIC LACING CLASS 8 HRS   03-25-2011  05-15-2011   P   C  P    8
HAZ F     BREAST CANCER / HPV - 2HRS   07-13-2011  07-13-2011   P   C  P    2
HAZ F     (PG) SFF TOLE PAINTING       03-31-2011  05-12-2011   P   C  P    6
HAZ F     PCTC - ADMIN ASSISTANT 240 HRS 02-03-2010 09-07-2010  P   C  C  240
HAZ F     (PG) SFF SOFTBALL OFFICIAL CLS 06-10-2010 07-16-2010  P   C  P    8
HAZ F     FNDMNTLS OF ACCOUNTING, PCTC 05-06-2010  07-21-2010   C   C  P    0
HAZ F     (PG) MICRO COMP APP., COLLEGE 05-14-2010 07-09-2010   C   C  P    0
HAZ F     PRINCIPLES OF MANGMNT, PCTC  03-24-2010  05-13-2010   C   C  P    0
HAZ F     COMPUTER CONCEPTS/APPS COLLEGE 02-03-2010 04-05-2010  C   C  P    0
HAZ F     HUMAN RELAT IN BUSN - COLLEGE 03-24-2010 05-15-2010   C   C  P    0
HAZ F     INTRO TO BUSINESS - COLLEGE  04-02-2010  05-26-2010   C   C  P    0
HAZ F     (PG) PCTC HORTICULTURE CLASS 03-08-2010  05-25-2010   P   C  E   32
HAZ F     (PG)SFF STRONG ABS AND BACK  03-05-2010  04-22-2010   P   C  P    8
HAZ F     (PG) SFF ANATOMY             03-02-2010  04-20-2010   P   C  P    8
HAZ F     RPP (RN) AIDS AWARENESS      07-13-2009  03-04-2010   P   C  P    1
HAZ F     (PG) TOUCH TYPING 15 HRS     06-30-2009  08-18-2009   P   C  P   10
HAZ F     (PG) SFF RECYCLE ART PROGRAM 05-31-2009  07-26-2009   P   C  P    4
HAZ F     (PG) SFF WELLNESS CLASS      03-02-2009  04-20-2009   P   C  P    8
HAZ F     MSSUITE-MAR 123HRS M-T 12:00PM 07-21-2008 02-18-2009  P   C  M  123
HAZ F     (PG) SFF SCRAPBOOKING COURSE 11-09-2008  12-07-2008   P   C  P    5
HAZ F     MS WORD-EXP 54 M-F 8:30AM    11-15-2007  06-17-2008   P   C  E   54
HAZ F     SFF INSUR/INVESTMENT ACE     11-16-2007  01-17-2008   P   C  P   16
HAZ F     (PG) SFF NUTRITION CLASS     07-10-2007  08-08-2007   P   C  P    8
HAZ F     (PG) SFF PARENTING, MW 1230  08-31-2007  10-31-2007   P   C  P   15
HAZ F     (PG) SFF PLASTIC CANVAS ACE  07-10-2007  08-28-2007   P   C  P    8
HAZ F     (PG)SFF STRONG ABS AND BACK  08-07-2007  08-31-2007   P   C  P    8
HAZ F     (PG) SFF TRUE COLORS PROGRAM 06-14-2007  06-14-2007   P   C  P    2
HAZ F     (PG) SFF ANGER RESOLUTION PRG 05-10-2007 05-31-2007   P   C  P    8


G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

# FEMALE PATTERN RISK SCORING

| Register Number: | 26624-044 | Date: | 11/4/2020 |
|---|---|---|---|
| Inmate Name: | TONYA HYLES | | |

| FEMALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age<br>41-50<br>Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | **10** | 0 | **2** |
| | 51-60 | 5 | | 1 | |
| | 41-50 | 10 | | 2 | |
| | 30-40 | 15 | | 3 | |
| | 26-29 | 20 | | 4 | |
| | < 26 | 25 | | 5 | |
| 2. Violent Offense (PATTERN)<br>Yes | No | 0 | **0** | 0 | **3** |
| | Yes | 0 | | 3 | |
| 3. Criminal History Points<br>0 - 1 Points | 0 - 1 Points | 0 | **0** | 0 | **0** |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 4. History of Escapes<br>None | None | 0 | **0** | 0 | **0** |
| | > 10 Years Minor | 3 | | 2 | |
| | 5 - 10 Years Minor | 6 | | 4 | |
| | < 5 Years Minor/Any Serious | 9 | | 6 | |
| 5. History of Violence<br>None | None | 0 | **0** | 0 | **0** |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 6. Education Score<br>HS Degree/GED | Not Enrolled | 0 | **-6** | 0 | **-2** |
| | Enrolled in GED | -3 | | -1 | |
| | HS Degree/GED | -6 | | -2 | |
| 7. Drug Program Status<br>No DAP Completed | No DAP Completed | 0 | **0** | 0 | **0** |
| | NRDAP Complete | -4 | | -1 | |
| | RDAP Complete | -8 | | -2 | |
| | No Need | -12 | | -3 | |
| 8. All Incident Reports (120 months)<br>> 2 | 0 | 0 | **3** | 0 | **3** |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 9. Serious Incident Reports (120 months)<br>0 | 0 | 0 | **0** | 0 | **0** |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Time Since Last Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | **0** | 0 | **0** |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | < 3 months | 6 | | 3 | |
| 11. Time Since Last Serious Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | **0** | 0 | **0** |
| | 7-12 months | 1 | | 1 | |
| | 3-6 months | 2 | | 2 | |
| | < 3 months | 3 | | 3 | |
| 12. FRP Refusal<br>No | No | 0 | **0** | 0 | **0** |
| | Yes | 3 | | 0 | |
| 13. Programs Completed<br>4 - 10 | 0 | 0 | **-3** | 0 | **-3** |
| | 1 | -1 | | -1 | |
| | 2 - 3 | -2 | | -2 | |
| | 4 - 10 | -3 | | -3 | |
| | > 10 | -4 | | -4 | |
| 14. Work Programs<br>> 1 Program | 0 Programs | 0 | **-2** | 0 | **-2** |
| | 1 Program | -1 | | -1 | |
| | > 1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | **2** | Violent: | **1** |
| General/Violent Risk Levels | | General: | Minimum | Violent: | Minimum |
| OVERALL FEMALE PATTERN RISK LEVEL | | | **Minimum** | | |

Tonya Johnson Hyles 26624-044
FMC Carswell
P.O. Box 27137
Fort Worth TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
1 MAR 2021 PM 5 L

RECEIVED
BY MAIL
MAR - 4 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

U.S. District Court
Eastern District of MO
555 Independence Suite 2000
Cape Girardeau, MO 63701